IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

    Plaintiff

    v.                                  CIVIL NO. 97-2288(SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

---

## ORDER

The **Status Conference** is hereby scheduled for **Tuesday, September 12, 2000** at 9:30 a.m.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 4, 2000.

                                    J. ANTONIO CASTELLANOS
                                  UNITED STATES MAGISTRATE JUDGE