IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

    Plaintiff

    v.                     CIVIL NO. 97-2288 (SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

## ORDER

The **Final Pretrial Conference** in the above-captioned case is hereby scheduled for **Tuesday, January 16, 2001 at 9:30 a.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of November, 2000.



J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE



AO 72
(Rev 8/82)