IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

    Plaintiff

    v.                                 CIVIL NO. 97-2288 (SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

## CONFERENCE REPORT

At the Conference held on January 16, 2001, the parties were represented by Counsel Judith Berkan, Mary Jo Méndez, Marshal Morgan, and Edwin J. Seda.

The parties were instructed to submit a reviewed and updated Proposed Pretrial Order for approval and/or modification by the Court, without the need of a further conference, not later than **February 15, 2001.**

No later than January 31, 2001, defendants are to provide under oath if they know the address or whereabouts of Amaury Rivera.

Plaintiff is granted ten (10) days after January 31, 2001, to raise any objections as to any of the documents produced by the defendants.

Plaintiff's deposition will be reopened for the limited purpose of knowing if there are any damages after May 3, 1999. The deposition is scheduled for February 21, 2001, in the afternoon.

After the deposition, if the need arises, plaintiff is granted fifteen (15) days to submit an updated financial report. Thereafter, five (5) days are granted for the taking of the deposition of the expert witness regarding the updated report.

AO 72
(Rev 8/82)



Nilsa Santiago-Ramos v. Centennial P.R. Wireless Corp. et al.                    Page 2 of 2
Civil No. 97-2288(SEC-JAC)

During the conference to be held by the parties, for drafting the Joint Proposed Pretrial Order, they are to stipulate as to the way in which the testimony of any absent witness is going to be presented.

The **Final Settlement Conference** is scheduled for **April 4, 2001 at 9:00 a.m.** The parties are ordered to be present or available by phone to make a final decision. No more settlement conferences will be scheduled in this case.

The **Trial** is scheduled for **May 14 thru May 18, 2001 at 9:00 a.m.**

In San Juan, Puerto Rico, this 19th day of January, 2001.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

s/as:
Opns. Manager
Ch. Deputy Clerk
Jury Adm.
Ct/Reporter
Ctrm Deputy (sec)
1/22/01
/o

AO 72
(Rev 8/82)