IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

Plaintiff

v.                                    CIVIL NO. 97-2288 (SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

Defendants

## ORDER

Plaintiff counsel is hereby authorized to read and examine in this magistrate's courtroom, the copy of the Confidentiality Agreement and the amendment entered between Amaury Rivera and Centennial P.R. Wireless Corporation. Defendants' counsel are allowed to be present during the session. No photocopies or notes are allowed to be taken of these documents.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of January, 2001.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

cc: Ops. Manager
1-23-01