IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

Plaintiff

v.                                CIVIL NO. 97-2288 (SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

Defendants

## ORDER

Having approved on even date the Proposed Pretrial Order, the parties are advised to expedite the conclusion of any pending discovery. Regarding plaintiff's Motion to Compel Under Seal (D.E. #121) of February 20, 2001, defendants are ordered to reply not later than March 2, 2001.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 21th day of February, 2001.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE



AO 72
(Rev 8/82)