# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO




NILSA SANTIAGO-RAMOS,

Plaintiff(s)

Civil No. 97-2288(JAC)

CENTENNIAL P.R. WIRELESS CORP.,

Defendant(s)

## DESCRIPTION OF MOTION

Date Filed: 03-02-01      Docket No. 127      Title:

[ ] Plaintiff(s)      [X] Defendant(s)      Centennial's Request for Extension of Time

## ORDER

[x] is GRANTED.      ORDER:

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] is OTHER.

Date: 03-06-01

J. Antonio Castellanos
U.S. Magistrate Judge

