IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NILSA SANTIAGO RAMOS, | |
| Plaintiff | |
| v. | CIVIL NO. 97-2288 (JAC) |
| CENTENNIAL P.R. WIRELESS CORP., et al., | |
| Defendants | |

## ORDER

The **Final Settlement Conference** set for April 4, 2001, is hereby rescheduled for **Tuesday, March 27, 2001 at 9:30 a.m.** Parties are to be notified by telephone, fax, and/or mail.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of March, 2001.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

Faxed: 03/07/01 cms
Berkan, Esq.
Morgan, Esq.