IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO





NILSA SANTIAGO-RAMOS,

Plaintiff(s)

Civil No. 97-2288(JAC)

CENTENNIAL P.R. WIRELESS CORP.,

Defendant(s)

### DESCRIPTION OF MOTION

Date Filed: 02-20-01    Docket No. 121    Title:

[ x ] Plaintiff(s)    [ ] Defendant(s)    Motion Submitting Motion to Compel under Seal

### ORDER

[ x ] is GRANTED.    ORDER:

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] is OTHER.

Date: 03-14-01

J. Antonio Castellanos
U.S. Magistrate Judge