# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NILSA SANTIAGO-RAMOS,

Plaintiff(s)

Civil No. 97-2288(JAC)

CENTENNIAL P.R. WIRELESS CORP.,

Defendant(s)

## DESCRIPTION OF MOTION

Date Filed: 03-02-01    Docket No. 128    Title:

[ ] Plaintiff(s)    [ x ] Defendant(s)    Motion in Opposition to Plaintiff's Motion to Amend Proposed Pretrial Under Seal

## ORDER

[ ] is GRANTED.

[ ] is DENIED.

[ ] is MOOT.

[ x ] is NOTED.

[ x ] is OTHER.

ORDER:

The order of March 8, 2001 (D.E. #132) is amended *nunc pro tunc*, and shall be taken out of the record since by oversight the undersigned make certain corrections to the original order that is, instead of Granted it should read Noted.

Date: 03-15-01

J. Antonio Castellanos
U.S. Magistrate Judge