UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

# MINUTES

DATE: March 27, 2001

HONORABLE MAGISTRATE JUDGE J. ANTONIO CASTELLANOS

CIVIL NO: 97-2288(SEC-JAC)

===========================================================================

NILSA SANTIAGO-RAMOS,

    Plaintiff

    v.

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

===========================================================================

Having received a telephone call from Attorney Marshal D. Morgan requesting the continuance, with the consent of plaintiff's counsel, for the rescheduling of the Final Settlement Conference set for March 27, 2001, same is hereby rescheduled for **Wednesday, April 18, 2001 at 9:30 a.m.**

Message of the rescheduling was left with Counsel Judith Berkan and Mary Jo Méndez' secretary.





