IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



NILSA SANTIAGO-RAMOS,

Plaintiff(s)

Civil No. 97-2288(JAC)

CENTENNIAL P.R. WIRELESS CORP.,

Defendant(s)

## DESCRIPTION OF MOTION

Date Filed: 03-30-01   Docket No. 143   Title:

[ x ] Plaintiff(s)   [ ] Defendant(s)   Informative Motion Re Vacation

## ORDER

[ ] is GRANTED.          ORDER:

[ ] is DENIED.

[ ] is MOOT.

[ x ] is NOTED.

[ ] is OTHER.

Date: 04-09-01

s/cs:to ( 7 )
attys/pts
in ICMS
APR 11 2001

J. Antonio Castellanos
U.S. Magistrate Judge