IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

    Plaintiff

    v.                                 CIVIL NO. 97-2288(SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

## FINAL SETTLEMENT CONFERENCE REPORT

At the Final Settlement Conference held today, the parties were represented by Counsel Judith Berkan, Mary Jo Méndez, Marshal Morgan, and Edwin Seda.

Settlement negotiations were conducted but the parties remain too far apart. However, a final offer of settlement was made by plaintiff, and defendants were granted until **Friday, April 20, 2001**, to inform if it is acceptable.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 18, 2001.

                                              J. ANTONIO CASTELLANOS
                                              UNITED STATES MAGISTRATE JUDGE



AO 72
(Rev 8/82)

