IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

    Plaintiff

v.                                    CIVIL NO. 97-2288(SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

## ORDER

The <u>Request for Leave to Withdraw From Legal Representation</u> of April 19, 2001, is DENIED without prejudice.

The law firm of Adsuar Muñiz Goyco & Besosa, P.S.C., will continue as attorney of record of defendants until another law firm assumes the representation.

Trial will be held as scheduled. No continuance will be granted.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 20, 2001.

                                J. ANTONIO CASTELLANOS
                                UNITED STATES MAGISTRATE JUDGE

s/cs:to (4)
attys/pts
in ICMS

APR 2 4 2001

AO 72
(Rev 8/82)