IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

    Plaintiff

    v.                                  CIVIL NO. 97-2288(SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

## ORDER

The Notice of Appearance (D.E. #148) is GRANTED. Counsel should be advised that the trial will continue as scheduled.

The law firm of Axtmayer Benítez & Quiñones, P.S.C., is expected to come fully prepared for the trial.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 23, 2001.

                                                J. ANTONIO CASTELLANOS
                                                UNITED STATES MAGISTRATE JUDGE

By Fax: 04/24/01 cmj
Lcda. Benítez
Lcdos. Berkan y Méndez
Lcdos. Morgan y Seda

AO 72
(Rev 8/82)