# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

  Plaintiff

  v.                                          CIVIL NO.  97-2288(SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

  Defendants

---

## ORDER

The request for continuance of the trial (D.E. #152), is **DENIED**. All those *in limine* issues pending are deferred for trial.

The request for admission *pro hac vice* of attorney Hyman (D.E. #153) is **GRANTED** on the condition that his appearance as counsel is not used as an excuse to request continuance of trial.

The **Settlement Conference** is hereby scheduled for **May 8, 2001 at 1:30 p.m.**

No more discovery will be allowed in this case.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 4, 2001.

                                          J. ANTONIO CASTELLANOS
                                          UNITED STATES MAGISTRATE JUDGE

By Fax: 05/04/01
Judith Berkan, Esq.
Attorneys, Esq.