IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

    Plaintiff

    v.   CIVIL NO. 97-2288(SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

## SETTLEMENT CONFERENCE REPORT

At the Settlement Conference held today, the parties were represented by Counsel Yolanda Benítez, Steven Hyman, Luis Cotto, Lourdes Lucas, Judith Berkan, and Mary Jo Méndez.

After lengthy negotiations, the parties finally agreed to settle. The Clerk is hereby instructed to take notice. Once the agreement is filed, the Clerk shall refer the document for approval and for entering of judgment.

In San Juan, Puerto Rico, this 9th day of May, 2001.

    J. ANTONIO CASTELLANOS
    UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)