IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO RAMOS,

    Plaintiff

    v.                              CIVIL NO. 97-2288(SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

## ORDER

The <u>Request for Dismissal with Prejudice</u> (D.E. #161) is **GRANTED**. The complaint is dismissed with prejudice and without the imposition of costs of attorneys' fees.

The court is to retain jurisdiction to enforce the terms of the agreement entered by the parties.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of July, 2001.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE



AO 72
(Rev 8/82)