IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SANTIAGO-RAMOS,

    Plaintiff

    v.                    CIVIL NO. 97-2288(SEC-JAC)

CENTENNIAL P.R. WIRELESS CORP., et al.,

    Defendants

## ORDER

The Request for Sealing of Record (D.E. #162) is hereby **DENIED**. This is a 1997 case which has remained public for almost four years. No compelling reason has been forwarded for the sealing of "all documents" filed with the court. The only exception is the "Settlement Agreement and General Release," which has not been filed and that will remain sealed under the custody of the parties.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of July, 2001.

J. ANTONIO CASTELLANOS
U.S. MAGISTRATE JUDGE

AO 72
(Rev 8/82)